No. 98–9281.  KLINER v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 98–9283.  CONNERS ET AL. v. ALABAMA DEPARTMENT OF CORRECTIONS ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 98–9284.  DAVIS v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 98–9285.  HAMILTON v. ROE, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 98–9287.  DUTCH v. TEXAS.  Ct. App. Tex., 1st Dist.  Certiorari denied.

No. 98–9289.  DOMINGUEZ-CARMONA v. UNITED STATES;

No. 98–9290.  HERNANDEZ-VILLANUEVA v. UNITED STATES; and

No. 98–9295.  RUBIO-LOYA ET AL. v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.  Reported below: 166 F. 3d 1052.

No. 98–9298.  SCOTT v. ALABAMA.  Sup. Ct. Ala.  Certiorari denied.

No. 98–9300.  FROST v. LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 98–9310.  RODGERS v. TOBIN, JUDGE, COURT OF COMMON PLEAS OF OHIO, COLUMBIANA COUNTY, ET AL.  C. A. 6th Cir. Certiorari denied.

No. 98–9312.  RICHARDSON v. NORTH CAROLINA DEPARTMENT OF CORRECTION ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 98–9314.  PENNINGTON v. ARKANSAS.  Sup. Ct. Ark.  Certiorari denied.

No. 98–9315.  YOUNG v. CALIFORNIA.  Ct. App. Cal., 6th App. Dist.  Certiorari denied.

No. 98–9319.  WOODS v. OHIO.  Ct. App. Ohio, Hamilton County.  Certiorari denied.

No. 98–9325.  MOORE v. PARROTT, JUDGE, SUPERIOR COURT OF GEORGIA, JASPER COUNTY, ET AL.  C. A. 11th Cir.  Certiorari denied.